UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:23-CR-0247 JAR ) |
| HARRY TRUEBLOOD, | ) ) |
| Defendant. | ) |

**UNITED STATES OF AMERICA'S STATEMENT**
**REGARDING THE PRESENTENCE INVESTIGATION REPORT**

COMES NOW the United States of America and states that it has no objection to the Presentence Investigation Report.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*/s/ Jennifer L. Szczucinski*
JENNIFER L. SZCZUCINSKI, #56906MO
Assistant United States Attorney
111 South Tenth Street, 20th Floor
Saint Louis, Missouri 63102
Jennifer.Szczucinski@usdoj.gov
Telephone: (314) 539-2200
Facsimile: (314) 539-3887

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2024, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all attorneys of record.

*/s/ Jennifer L. Szczucinski*
Jennifer L. Szczucinski, #56906MO
Assistant United States Attorney